# Composite Exhibit 1

<u>BLONDIE BIRDIE</u>

BY ASHLEY ELIZABETH

# Beauty Report: Glow Recipe Watermelon Glow Sleeping Mask

JUNE 23, 2017



While many of my friends are typically the first ones to try out new technology or discover up and coming bars/restaurants to introduce the rest of us to- I'm almost always the first one trying and reviewing whatever new makeup/skin care/hair care/cosmetics are hitting the market and creating a buzz among consumers and bloggers alike. It's a pretty great trade-off of information, I have to admit. My friends will tell me where to get the latest cocktail craze popping up in filtered Instagram posts across the city- and I'll tell them what dry shampoo is going to save their scalp this Summer or what sunscreen is going to give them the best coverage for the cheapest price.

Of course, sometimes the hottest new products sell out- and keep selling out- before I can get my hands on them as quickly as I'd like- so when <u>Glow Recipe's (https://www.glowrecipe.com)</u> coveted Watermelon Sleeping Mask was **FINALLY** restocked a couple of weeks ago- I was so excited to snag a jar of it to see if all the hype I'd been reading and hearing about was worth the $45 price tag.

Glow Recipe, a company that promotes natural and harsh-free skincare products inspired by trends in the Korean cosmetics market- have been consistently selling out of their most Summery-scented product yet- this nighttime repair mask/peel that boasted being able to refresh and rejuvenate my skin while I slept. What's in it, you may ask? According to Glow Recipe's website:

> *"This pillow-proof formula acts as a radiance-boosting hybrid hydrator, formulated with soothing, amino-acid rich Watermelon Extract, hydrating Hyaluronic Acid, and pore refining AHAs that work while you sleep to gently exfoliate and clarify."*

The mask can also be used as a 10-minute hydration booster when applied *(in a thicker consistency)* to troubled areas and then rinsed off after waiting 10-15 minutes.

I've used a few different Korean beauty products in the past that have yielded some amazing results- so I couldn't wait to give this pretty pink jar a go.



The first thing I noticed about this mask, apart from it's adorable packaging- was that it smelled exactly like Watermelon Jolly Ranchers candies *(my favorite!)* and therefore I had to resist the urge to taste test this, too. Believe me- it was tempting!

The second thing I noticed was that the mask's consistency was much thinner than I expected and was a lot easier to apply as a result. At first glance, the gel-like substance resembled <u>Clinique's Moisture Surge Moisturizer (http://www.clinique.com/product/1687/5089/skin-care/moisturizers/moisture-surge-extended-thirst-relief)</u>– but once I used the small, plastic spatula included with the mask to apply it to cleansed and gently dried skin- it spread over my face and absorbed way faster than the Clinique moisturizer has ever done- which means I don't need to use as much to make sure my skin is covered. Considering the amount of this stuff packed into the 2.7 ounce glass jar- I'm more than getting my money's worth! This product is going to last me **months** since I don't need that much at all each night.

Once applied, there was no sticky or greasy residue. My skin did have a bit of a sheen to it- but it didn't feel oily or slick. It felt soft to the touch and, like promised, none of the mask came off on my pillow or my sheets while I slept.

Each morning that I woke up after applying this mask- I noticed that the mask had, in fact, peeled- and some trace flakes were left behind along my T-Zone and jawline *(but rinsed off easily!)* Underneath the dried pieces of mask, my skin looked brighter and felt a lot softer. Minor imperfections and darkened spots from past breakouts eventually started to fade more and more with continuous usage, too!



My one warning is that after the first couple of uses- some blemishes that were hiding out under the surface of my skin came to a head in the form of sporadic whiteheads. I've read this is a fairly common reaction with masks/peels and they were easy enough to buff away with my electronic cleansing brush

Case 1:25-cv-22763-BB   Document 1-2   Entered on FLSD Docket 06/18/2025   Page 5 of 24

in the mornings- but it's worth mentioning to those who may panic at the first sight of any type of acne. It goes away the more you use the mask! Mine cleared up in just a couple of short days and hasn't been back since!

**VERDICT:** I can absolutely see why this mask sells out as often and as quickly as it does- because it actually works really, really well! After the initial aforementioned minor breakout shock wore off and I continued using the mask consistently *(maybe even a little borderline religiously!)*– it didn't take long at all for my skin to look and feel more radiant, softer, smoother, clearer and brighter. A little of this formula goes a long way so there's really no possible chance you could waste this or run out of it quickly if it's used correctly and sparingly as directed.

And I mentioned it before but it's definitely worth repeating- it smells delicious! It's not very often I get to put something that smells like fruit-infused candy on my face so I'm more than a little thrilled when it happens!

You can pick up Glow Recipe Watermelon Glow Sleeping Mask at their official website (https://www.glowrecipe.com/pages/glow-recipe-watermelon-glow-sleeping-mask), as well as Sephora (http://www.sephora.com/watermelon-glow-sleeping-mask-P420160?om_mmc=aff-linkshare-redirect-TnL5HPStwNw&c3ch=Linkshare&c3nid=TnL5HPStwNw&affid=TnL5HPStwNw-xUiZP.XIiqxr7vrbaFUPdA&ranEAID=TnL5HPStwNw&ranMID=2417&ranSiteID=TnL5HPStwNw-xUiZP.XIiqxr7vrbaFUPdA&ranLinkID=10-1&browserdefault=true)– and be sure to add yourself to their mailing list for alerts of when they're back in stock in case they're sold out!

Have you used the Watermelon Glow Sleeping Mask? Do you know of something comparable? Is there something similar that you prefer, instead? I'd love to hear about it!

**xx**

*– Ashley –*

BBLOGGERS    BBLOGGING    BEAUTY BLOGGERS    BEAUTY BLOGGING    COSMETICS COSMETICS REVIEWS    FACIAL MASKS    FACIAL PEELS    GLOW RECIPE    KOREAN BEAUTY SKIN CARE    SKIN CARE REVIEWS    SKINCARE    SKINCARE PRODUCTS    WATERMELON GLOW SLEEPING MASK

Blog at WordPress.com.



# *HUFFPOST*



**HUFFPOST SHOPPING**  **SHOPPABLE**  **FINDS BEAUTY**  **FINDS SKINCARE**

# Glow Recipe Sells 1 Of These Face Masks Every 3 Minutes

*It once had an 8,000-person waitlist.*

**By Danielle Gonzalez**

17/05/2019 08:49pm BST

     

Case 1:25-cv-22763-BB    Document 1-2    Entered on FLSD Docket 06/18/2025    Page 7 of 24



SEPHORA

[Skin care](#) obsessives like to incorporate a mask into their routine every so often, and there's one that seems more popular than many others.

A [Glow Recipe Watermelon Glow Sleeping Mask](#) is sold every three minutes, according to the brand. This mask in one of the

stand-out products from 2-year-old K-beauty brand Glow Recipe. The mask is so popular that it has sold out seven times between Sephora and Glow Recipe's site, and it has generated a waitlist of more than 8,000 people. It has more than 1,000 reviews and 170,000 "loves" at Sephora, with people raving about how it shrink pores and gives instant results.

If you're interested in discovering what all the hype is about, Glow Recipe is currently giving away a free mystery bundle of K-beauty curations (a $58 value) with every purchase of the Watermelon Sleeping Maks on its site. The deal is good through Sunday, May 19.



 **glowrecipe**
2.0M followers

View profile

View more on Instagram

**7,365 likes**

**glowrecipe**

That texture 😱 We created our cult-fave Watermelon Glow Sleeping Mask to be the ultimate hydrating and exfoliating mask for those with oily/combination skin. Its lightweight gel texture isn't only fun to use, but it also sinks into skin ultra-fast so it doesn't mess up your pillows, too. 🍉 Don't forget to share the pics you take of our Watermelon Glow line with #watermelonwednesday for a chance to be featured on our feed! rg @glowtonomy
#glowrecipe #crueltyfree #kbeauty #ab #asianbeauty #koreanbeauty #skincare #beauty #glowingskin #kbeautyroutine

View all 115 comments

Add a comment...

But what makes this mask so magical that literally thousands of people are lining up to get their hands on a $45 jar? It has to do with the blend of AHAs, watermelon extract, hyaluronic acid, antioxidants and peony root that work to hydrate skin overnight. It can be used two to three times a week, and either rinsed off after 10 minutes or left on overnight for more intense results.

ADVERTISEMENT

The Watermelon Sleeping Mask is unique in that it simultaneously exfoliates and hydrates skin, which brand founders and CEOs Christine Chang and Sarah Lee say is the secret to great skin.

"We are huge proponents of chemical exfoliants over physical ones to minimize any rubbing, pulling or friction on the skin," Chang told HuffPost. "Our Watermelon Sleeping Mask was a huge success as it had an unexpected pairing — AHAs to gently exfoliate to resurface the skin, combined with watermelon extract and hyaluronic acid to hydrate and nourish skin at the same time."

Case 1:25-cv-22763-BB    Document 1-2    Entered on FLSD Docket 06/18/2025    Page 11 of 24

Watermelon might seem like an unusual ingredient for the beauty world, but it's become a staple for the Glow Recipe brand because of its anti-inflammatory properties and essential vitamins.

ADVERTISEMENT

"In Korea, our grandmothers used to rub watermelon rind on our skin in the summer to soothe and cool heat rash and irritation," Lee said. "We never really saw watermelon front and center and really shine as a skin-saver.



**glowrecipe**
2.0M followers

View profile



View more on Instagram

**8,042 likes**

**glowrecipe**

Oily/combination skin? Meet your BFFs, the Watermelon Glow crew. Here's how each product works hard to balance hydration levels with lightweight textures. (Because balancing hydration levels is the key to preventing excess oil.)
🍉 Pink Juice Moisturizer - 90% antioxidant-rich watermelon extract, plumping hyaluronic acid, and soothing botanicals instantly seals in hydration.
🍉 Watermelon Glow Sleeping Mask - Pore refining AHAs, amino acid-rich watermelon extract, and hydrating hyaluronic acid smooth and clarify skin overnight. (PS—you'll see some pilling, aka your resurfaced dead skin cells, in the morning. *So* satisfying.)
🍉 Watermelon Glow Ultra-Fine Mist - A spritz of this fog mist every 2 hours leaves skin hydrated and protects against free radicals with vitamin-rich watermelon, hyaluronic acid, and rice germ extract and oil. 🍉 Watermelon Glow Jelly Sheet Mask - Made directly of pressed watermelon extract, this sheet masks instantly soothes and hydrates skin

#glowrecipe #watermelonglow #kbeauty #ab #asianbeauty #koreanbeauty
#skincare #beauty #glowingskin

View all 128 comments

Add a comment...

The AHAs in the mask work to slough away dead skin cells,
while hyaluronic acid, antioxidants and watermelon extract
plump and brighten skin.

ADVERTISEMENT

The brand has leaned heavily into ingredients you might spot
at your local smoothie place, releasing both the Watermelon
Glow Ultra-Fine Mist and Watermelon Pink Juice Oil-Free
Moisturizer. It has also rolled out the Blueberry Bounce Gentle
Cleanser, Avocado Melt Sleeping Mask and Pineapple-C Bright
Serum.

For anyone new to K-beauty, we've pulled together a make-
your-own routine, as recommended by the Glow Recipe
founders. And, if you want more of our editor-sourced
products and reviews, sign up for HuffPost's sales and deals
newsletter.

**Click through below:**

*FYI, HuffPost may receive a share from purchases made via
links on this page.*

## RELATED

SHOPPABLE    FINDS BEAUTY    FINDS SKINCARE

### The 10 Steps To Mastering A Morning Korean Skin Care Routine



### This $10 Face Wash On Amazon Is A Dry Skin Saver



### What The Heck Does Vitamin C Serum Do For Your Skin, Anyway?



< GO TO HOMEPAGE         

Suggest a correction    |    Submit a tip

**HUFFPOST**

ABOUT US

WORK FOR US

STANDARDS AND CORRECTIONS

USER AGREEMENT

PRIVACY POLICY

MANAGE PREFERENCES

CONTACT US

ADVERTISE WITH US

RSS

COMMENT POLICY

CONSENT PREFERENCES

Part of HuffPost Style & Beauty. ©2025 BuzzFeed, Inc. All rights reserved.

The Huffington Post



THE 2025 READERS' CHOICE POLL IS HERE
— VOTE NOW! »

JUICY DETAILS

# Glow Recipe's New Watermelon Moisturizer Is Already Sold Out

BY **DEVON ABELMAN**

January 30, 2018

 SAVE

*All products are independently selected by our editors. If you buy something, we may earn an affiliate commission.*

In 2017, Glow Recipe transformed South Korea's number one favorite fruit into Sephora's best-selling mask of the year. After the Watermelon Glow Sleeping Mask launched in May, it sold out more than seven times (including the day it launched). Now, the K-beauty brand has another delicious, soon-to-be-sold-out skin-care product for us to slather all over our faces. After selling out in just two hours after going on pre-sale almost two weeks ago, the Glow Recipe Watermelon Glow Pink Juice Moisturizer is officially here.



Like the beloved mask that came before it, the new gel moisturizer is packed with watermelon extract — 90 percent, to be exact. And in case you aren't up-to-date on the wonders of watermelon, here's a quick rundown: Not only does it help hydrate skin, it also helps soothe inflammation, diminish the appearance of pores, protect from free radicals, *and* gently slough away dead skin cells. There's nearly nothing that it *doesn't* do to benefit skin.

Case 1:25-cv-22763-BB    Document 1-2    Entered on FLSD Docket 06/18/2025    Page 17 of 24

## Skin Check

An insider's guide to all things skin care. Are you the friend everyone comes to for serum recs? This is the newsletter for you.

> [ ··· ]

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

But Glow Recipe's new moisturizer isn't just watermelon juice. The ingredients that separate Pink Juice from straight-up juice is hydrating hyaluronic acid, brightening licorice root, soothing jasmine extract, and nourishing cabbage extract. (Yes, cabbage is actually amazing for skin.) Together, this medley of natural acids and vitamins helps skin glow and staves off oil production. My skin is about as oily as a bottle of EVOO, so I can attest to the balancing, pore-refining powers of watermelon in this moisturizer form. Also to note: If you're suffering from dry patches, thanks to this lovely winter weather, Pink Juice will help smooth away those pesky flakes and add much-needed moisture to your skin. You can also sub it in as a hydrating serum before layering on a thicker moisturizer.

This may sound weird, but I like to smell my hands before smearing Pink Juice onto my face. It's my form of morning aromatherapy. Something about its Sour Patch Watermelon candy-like scent puts me in a good mood. Aside from its aromatic qualities, my favorite part of the moisturizer is its texture. When you squirt a pump of it onto your hand, you'll notice it has a jelly consistency that melts down to a watery serum as you rub it into your skin. This light, weightless texture makes it perfect for use under makeup. It acts like an illuminating primer, making your makeup look more glowy. And it won't pill up as you blend in your foundation.

The watermelon-y moisturizer is also cooling on contact, so it's like a glass of cold water (or should I say *watermelon* water) for your skin. This refreshing sensation helps tighten pores to make skin look smoother and reduce redness. Needless to say, Pink Juice is about as close as you're going to get to instantly attaining the "glass skin" everyone's been vying for lately.

The Glow Recipe Watermelon Glow Pink Juice Moisturizer is available now on sephora.com for $39 and will be in stores on February 2. You can also shop it on glowrecipe.com.

*This post originally appeared on January 18, 2018.*

---

**Read more stories about Korean beauty products and trends:**

- This K-Beauty Line Sold Out the DAY It Launched

- "Glass Skin" Is the New K-Beauty Trend You're About to See Everywhere
- 11 Incredibly Effective K-Beauty Products that Will Give You Glass Skin Fast

---

**Now, learn about more Korean beauty products that will transform your skin:**

*Follow Devon Abelman on* Twitter *and* Instagram*.*



Devon Abelman is a former digital beauty editor for *Allure*. A reporter with nearly a decade of experience covering the intricacies and intersectionality of beauty, culture, and K-pop, Devon previously served as an editor at *FamilyFun* and held roles at *Parents* and *Country Living*. In 2014, she graduated from the ... Read more

Former Beauty Editor, Allure.com

 

**KEYWORDS** | **GLOW RECIPE** | **WATERMELON** | **MOISTURIZER** | **GLASS SKIN** | **KOREAN BEAUTY** | **K-BEAUTY**

---

# Skin Check

An insider's guide to all things skin care. Are you the friend everyone comes to for serum recs? This is the newsletter for you.



**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.



HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

yahoo! money

Sign in   Mail

Money   My Money   Coronavirus   Articles & Tutorials   News   Career   Planning   Consumers   Travel   Investing   Retireme

InStyle

# The Overnight Mask Shoppers Say Leaves Their Skin Feeling "Like Satin" Is 25% Off in This Rare Discount

**Olivia Hanson**

July 1, 2022  ·  2 min read



Glow Recipe Watermelon Glow Sleep Mask Sale

*Courtesy of Glow Recipe*

Originally selling out over seven times — both on the brand's website and on Sephora, the Watermelon + AHA Glow

New ED Pill Leaves Experts in Awe (Rapid Results)

Public Health Forum by Fri...

**TRENDING**

1. Medicare enrollment's here, with major changes. What to mull when choosing a 2025 plan



4. Which country has the best retirement system? Hint: It's not the US.

5. The U.S. already has millions of climate refugees. Helene and Milton could make it worse.

put it to the test? Luckily, this Fourth of July, you can score 25 percent off the mask at [Sephora](#).

Rarely on sale, the mask will only be discounted from July 1 to July 4, so we recommend getting it while it lasts. The mask is made of [hyaluronic acid](#), [AHA](#), and peony root, which work together to create a hydrating mask that reduces the look of pores and soothes and brightens the skin — claims confirmed by thousands of Sephora shoppers.



Glow Recipe Watermelon Glow Sleep Mask Sale

*Courtesy*

ADVERTISEMENT

**Shop now:** $34 (Originally $45); [sephora.com](#)

And we can't forget about the game-changing ingredient: watermelon extract, which hydrates the skin, provides many essential vitamins, soothes irritated skin, and reduces inflammation. The mask works on all skin types to a wide range of skin concerns from shrinking pores to dryness to oiliness. The brand recommends wearing the mask overnight to get its full benefits.



HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

yahoo!money

Sign in      Mail

Money   My Money   Coronavirus   Articles & Tutorials   News   Career   Planning   Consumers   Travel   Investing   Retireme

notes it's safe to use the mask as often as your skin needs.

"It's the complete sensorial experience and worth every penny," wrote another shopper who purchased a sample size, but loved it so much, they plan on buying a full-size bottle. They were initially skeptical of its texture, which resembles "petroleum jelly," but said that their skin soaked it up "in just a few minutes." The next morning, they woke up with "glowy skin that felt like satin."

Hurry over to Sephora to shop Glow Recipe's Watermelon + AHA Glow Sleeping Mask for 25 percent off while the sale lasts.

### 2 Insane Cards Charging 0% Interest Until 2026

Compare Credit™

Terms/Privacy Policy    Your Privacy Choices ☑️❌    CA Privacy Notice    About Our Ads

## Comments

Commenting on this article has ended

🔔 Log in   Sign up

Powered by ⚙️ OpenWeb

## LATEST STORIES



Reuters

**Bird flu cases presumed in four Washington farm workers, state says**

Bird flu is presumed to have infected four poultry workers in Washington state, making it the sixth U.S. state to identify human cases this year, according to the Washington State...

5m ago

AFP

**UN biodiversity summit opens in Colombia with calls for action, finance**

The world's biggest nature protection conference opened in Colombia on Monday with calls for urgent action and financing to reverse humankind's rapacious destruction of biodiversity.Themed "Peace with Nature," it has the urgent task of coming up with monitoring and funding mechanisms to ensure 23 UN...

# RACKED

SHOPPING    BEAUTY

# Sephora's Latest Skincare Sellout Is Watermelon Pink and Perfect

*Glow Recipe's sleeping mask sold out twice in one week and now has a waitlist.*

By **Cheryl Wischhover**  |  May 31, 2017, 11:02am EDT

*Racked has affiliate partnerships, which do not influence editorial content, though we may earn commissions for products purchased via affiliate links. We also occasionally accept products for research and reviewing purposes. See our ethics policy here.*



Glow Recipe Watermelon Glow Sleeping Mask ($45)

---

*Racked is no longer publishing. Thank you to everyone who read our work over the years. The archives will remain available here; for new stories, head over to Vox.com, where our staff is covering consumer culture for The Goods by Vox. You can also see what we're up to by signing up here.*

If it feels like Sephora has been stocking a lot of winning skincare products lately, you're not imagining it. First, there was the gel cream category generally, and Tatcha's Water Cream specifically. Then came Biossance Squalane Eye Gel. This week's sellout frenzy has also been caused by a newcomer.

Glow Recipe, the Korean beauty e-commerce site, just released two products under its eponymous label: Blueberry Bounce Gentle Cleanser ($34) and Watermelon Glow Sleeping Mask ($45). The latter sold out at Sephora.com within a week of launching there, and has now sold out twice on Glow Recipe's own site. It's currently unavailable at both places, and the founders estimate that there's about a 5,000-person waitlist. They're hopeful that new stock will arrive this week.

So what's the big deal? Okay — first of all, just *look* at this thing. Besides the obvious you-know-what pink, this jar is pretty special. It's made of solid, hefty, comforting asymmetric glass, so I was pretty smitten with the press sample I received before I even opened the jar. Upon opening it, you're greeted with a hint of chic Jolly Rancher watermelon scent. The magic really happens when you dip into it, though.

This is a sleeping mask, a very common Korean skincare category that usually has a gel cream consistency and is loaded with hydrators and active ingredients — it's basically a mask you don't wash off. It's used as the final step in your nighttime skincare routine and supposedly locks in all the other stuff you put on your skin.

**Like what you're reading?**

Get the Racked newsletter for even more great stories, every day.

SIGN UP

This one has a fantastic ingredient list, which includes hyaluronic acid for attracting moisture, glycolic and lactic acids for some mild resurfacing, and tons of plant extracts. (If you have sensitive skin, you might want to treat it like a regular mask and wear it for 10 to 15 minutes and then wash it off, since it contains exfoliating acids that could be rough on some skin types.) It also has a fun consistency that reminds me of gooey caramel that melts into your skin without any residue.

Christine Chang, a Glow Recipe co-founder, told me that her team was inspired to make this product because her mother used to put watermelon rinds on her skin to soothe it when she was a kid. This is a pretty perfect interpretation of food reimagined as skincare.

*Racked occasionally accepts products for research and reviewing purposes. For more information, see our ethics policy here.*