# Composite Exhibit 2



# Glow Recipe

**Reg. No. 4,755,299**  
**Registered June 16, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

ARAMARA BEAUTY LLC (NEW YORK LIMITED LIABILITY COMPANY)  
151 26TH ST 11TH FLOOR  
NEW YORK, NY 10001

FOR: BODY AND BEAUTY CARE COSMETICS; MAKE-UP; NON-MEDICATED SKIN CARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2014; IN COMMERCE 8-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-431,328, FILED 10-22-2014.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## Watermelon Glow Sleeping Mask

**Reg. No. 5,322,410**  
**Registered Oct. 31, 2017**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Aramara Beauty, LLC (NEW YORK LIMITED LIABILITY COMPANY), DBA Glow Recipe  
443 Park Avenue South 9th Floor  
New York, NEW YORK 10016

CLASS 3: Cosmetics

FIRST USE 3-14-2017; IN COMMERCE 3-14-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WATERMELON" AND "SLEEPING MASK"

SER. NO. 87-367,473, FILED 03-10-2017



*Joseph Matal*  
Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# watermelon glow

**Reg. No. 5,322,403**
**Registered Oct. 31, 2017**
**Corrected Sep. 19, 2023**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

Aramara Beauty LLC  (NEW YORK LIMITED LIABILITY COMPANY), DBA Glow Recipe
43 West 24th Street, Suite 702
New York, NEW YORK 10010

CLASS 3: Cosmetics

FIRST USE 3-14-2017; IN COMMERCE 3-14-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WATERMELON"

SER. NO. 87-367,359, FILED 03-10-2017



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# WATERMELON GLOW NIACINAMIDE DEW DROPS

**Reg. No. 6,290,899**  
**Registered Mar. 09, 2021**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

ARAMARA BEAUTY, LLC (NEW YORK LIMITED LIABILITY COMPANY), DBA GLOW RECIPE  
37 West 20th Street, Suite 1001  
New York, NEW YORK 10011

CLASS 3: Cosmetics; Non-medicated skin care preparations; all of the aforesaid containing niacinamide in significant part

FIRST USE 12-15-2020; IN COMMERCE 12-15-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5650505, 5322403, 5322410

No claim is made to the exclusive right to use the following apart from the mark as shown: "WATERMELON" AND "NIACINAMIDE DEW DROPS"

SER. NO. 88-850,657, FILED 03-27-2020





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.12.12 09:37:07 -05'00'

# United States of America
### United States Patent and Trademark Office

# GLOW RECIPE

**Reg. No. 6,934,127**
**Registered Dec. 27, 2022**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

ARAMARA BEAUTY, LLC (NEW YORK LIMITED LIABILITY COMPANY), DBA GLOW RECIPE
43 West 24th Street, Suite 702
New York, NEW YORK 10011

CLASS 35: Retail store services featuring virtual goods, namely, bags, clothing, headwear, footwear, cosmetics, non-medicated skin care preparations, personal care products, swimwear, art, and accessories for all of the foregoing for use in online virtual worlds; Retail store services featuring cosmetics and non-medicated skin care preparations; On-line retail store services featuring cosmetics and non-medicated skin care preparations

FIRST USE 8-1-2014; IN COMMERCE 8-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4755299, 6230211, 6230212

SER. NO. 97-122,777, FILED 11-12-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# WATERMELON GLOW

**Reg. No. 7,062,112**
**Registered May 23, 2023**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

ARAMARA BEAUTY LLC  (NEW YORK LIMITED LIABILITY COMPANY), DBA GLOW RECIPE
Suite 702
43 West 24th Street
New York, NEW YORK 10010

CLASS 3: Cosmetics; non-medicated skin care preparations; all of the foregoing made in whole or significant part of watermelon

FIRST USE 3-14-2017; IN COMMERCE 3-14-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5650505, 6848379, 5322403

No claim is made to the exclusive right to use the following apart from the mark as shown: "WATERMELON"

SER. NO. 97-621,367, FILED 10-06-2022



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**

