**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22763-BLOOM/Elfenbein**

ARAMARA BEAUTY LLC d/b/a GLOW
RECIPE,

  Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

  Defendants.

_____/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment Against Defendants, ECF No. [46] ("Motion"), filed on August 12, 2025. For the reasons set forth in the Court's Order on the Motion, ECF No. [50], Final Judgment is entered, pursuant to Federal Rule of Civil Procedure 58, in favor of Plaintiff, Aramara Beauty LLC ("Plaintiff"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants" and/or "E-commerce Store Names") on all Counts of the Amended Complaint as follows:

  **(1)**   **Permanent Injunctive Relief:** Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a.   manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiff's trademarks, or any

confusingly similar trademarks, identified in Paragraph 19 of the Amended Complaint (the "Aramara Beauty Marks");

b.     using the Aramara Beauty Marks in connection with the sale of any unauthorized goods;

c.     using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.     falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.     engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.     using any reproduction, counterfeit, copy, or colorable imitation of the Aramara Beauty Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g.     affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff and from offering such goods in commerce;

h.     otherwise unfairly competing with Plaintiff;

    i.     using the Aramara Beauty Marks, or any confusingly similar trademarks, on e-commerce marketplace websites, within domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, websites, or businesses registered by, owned, or operated by the Defendants; and

    j.     effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

**(2)**   **Additional Equitable Relief:** In order to give practical effect to the Permanent Injunction:

    a.  Upon Plaintiff's request, any messaging service and Internet marketplace, and social media website operators and/or administrators for the E-commerce Store Names identified on Schedule "A" hereto, including but not limited to Walmart Inc., which operates the Walmart.com website ("Walmart"), shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of the Aramara Beauty Marks via the e-commerce stores operating under the E-commerce Store Names, and upon the Plaintiff's request, any other listings and images of goods bearing and/or using counterfeits and/or infringements of the Aramara

Beauty Marks associated with or linked to the same sellers or linked to any other alias e-commerce stores, being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of the Aramara Beauty Marks; and

b. Upon Plaintiff's request, Defendants and any Internet marketplace website operators and/or administrators for the E-commerce Store Names, including but not limited to, Walmart, shall immediately permanently cease fulfillment of and sequester all goods of each Defendant bearing and/or using one or more of the Aramara Beauty Marks in its inventory, possession, custody, or control, and surrender those goods to Plaintiff.

(3)     **Statutory damages pursuant to 15 U.S.C. § 1117(c):** Plaintiff is entitled to an award of statutory damages against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue as follows:

| Defendant Number | Defendant | Statutory Damages Award |
|---|---|---|
| 1 | Afunyo | $540,000.00 |
| 2 | Anko Makeup Cosmobeauty | $540,000.00 |
| 3 | Bj Hoho | $540,000.00 |
| 4 | CCdssr | $540,000.00 |
| 5 | ChangshashipingteWanju | $540,000.00 |
| 6 | chnxienz | $540,000.00 |
| 7 | Ckulufk | $540,000.00 |
| 8 | Fashionable Co.Ltd | $540,000.00 |
| 9 | full-car.custom | $540,000.00 |
| 10 | Fusheng Technology | $540,000.00 |
| 11 | Godbay Co.Ltd | $540,000.00 |

| 13 | Henan Haoyucheng Electronic | $540,000.00 |
|---|---|---|
| 14 | HGEAIJLA | $540,000.00 |
| 15 | htqttij | $540,000.00 |
| 16 | jiaomengmaoyi | $540,000.00 |
| 17 | Jileiy Clothing | $540,000.00 |
| 18 | JinJun | $540,000.00 |
| 19 | JUANJUANXILIU | $540,000.00 |
| 20 | lhydz | $720,000.00 |
| 21 | MMQ Inc | $540,000.00 |
| 22 | Momoko- | $540,000.00 |
| 23 | Ninx | $540,000.00 |
| 24 | NLTLLWWU | $540,000.00 |
| 25 | Pottseth | $540,000.00 |
| 26 | Qeandy | $540,000.00 |
| 27 | ruiaoxin | $540,000.00 |
| 28 | SUJITO Co.Ltd | $540,000.00 |
| 30 | Tardaianiella | $540,000.00 |
| 31 | UrbanWoven | $540,000.00 |
| 32 | Weyolog | $540,000.00 |
| 33 | Xhlmnhd | $540,000.00 |
| 34 | Yuncang | $540,000.00 |
| 35 | ZAIWEN Co.Ltd | $540,000.00 |
| 36 | zhenzhenrishang | $540,000.00 |

The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

**(4)** Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon Plaintiff's request,

Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Walmart Inc., which operates the Walmart.com website, and their related companies and affiliates, are to immediately (within five (5) business days) identify, restrain, and surrender to Plaintiff all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names used by Defendants presently or in the future, as well as any other related E-commerce Store Names and accounts of the same customer(s), and any other accounts which transfer funds into the same financial institution account(s). Such financial accounts and/or sub-accounts shall remain restrained until such funds are surrendered to Plaintiff in partial satisfaction of the monetary judgment entered herein. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms including but not limited to, Walmart, and their related companies and affiliates, shall provide to Plaintiff at the time any funds are surrendered, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff.

**(5)** Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

**(6)** The Court retains jurisdiction to enforce this Default Final Judgment and Permanent Injunction.

**(7)** The Clerk shall **ADMINISTRATIVELY CLOSE** the case.

6

Case No. 25-cv-22763-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida on August 28, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

7

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME, AND**
**RESPECTIVE FINANCIAL ACCOUNT INFORMATION**

| Defendant Number | Defendant/E-commerce Store Name | Store ID | Infringing Product Number |
|---|---|---|---|
| 1 | Afunyo | 101566671 | 6127164219 |
| 2 | Anko Makeup Cosmobeauty | 101661457 | 14189003941 |
| 3 | Bj Hoho | 101566386 | 5349700007 |
| 4 | CCdssr | 102489364 | 9727673916 |
| 5 | ChangshashipingteWanju | 101657867 | 15122760523 |
| 6 | chnxienz | 102482083 | 15074358013 |
| 7 | Ckulufk | 101638496 | 15238409741 |
| 8 | Fashionable Co.Ltd | 101635924 | 15160761633 |
| 9 | full-car.custom | 101571788 | 5434307801 |
| 10 | Fusheng Technology | 102479870 | 10758322503 |
| 11 | Godbay Co.Ltd | 101530495 | 5432313938 |
| 12 | *n/a* | | |
| 13 | Henan Haoyucheng Electronic | 101597364 | 14664657062 |
| 14 | HGEAIJLA | 102491251 | 14459519625 |
| | | | 15204917990 |
| 15 | htqttij | 101690963 | 13539502814 |
| 16 | jiaomengmaoyi | 101658741 | 5399714049 |
| 17 | Jileiy Clothing | 101685640 | 15113408912 |
| 18 | JinJun | 101611962 | 5464872184 |
| | | | 5313929300 |
| 19 | JUANJUANXILIU | 101581837 | 5321348057 |
| 20 | lhydz | 101232892 | 5912172491 |
| 21 | MMQ Inc | 101113676 | 5292151035 |
| 22 | Momoko- | 101582698 | 5460404854 |
| 23 | Ninx | 101574976 | 5391072869 |
| 24 | NLTLLWWU | 102493930 | 15095371390 |
| 25 | Pottseth | 102517849 | 14401722974 |
| 26 | Qeandy | 102582223 | 14295808706 |
| 27 | ruiaoxin | 102595916 | 8980510048 |
| 28 | SUJITO Co.Ltd | 101667086 | 15092823763 |
| 29 | *n/a* | | |
| 30 | Tardaianiella | 101653606 | 5392300238 |
| 31 | UrbanWoven | 102661103 | 15087872387 |
| 32 | Weyolog | 101633495 | 14769001844 |
| | | | 14460261380 |
| 33 | Xhlmnhd | 102502160 | 15057950697 |

| 34 | Yuncang | 101629560 | 5359284088 |
| 35 | ZAIWEN Co.Ltd | 102543620 | 5074484940 |
| 36 | zhenzhenrishang | 101619179 | 5494111223 |